**Betty R. PORTER, Appellant,**

v.

**Jennifer WELSH, M.D.; William Miller, M.D., Appellees.**

No. 03–1222.

United States Court of Appeals, Eighth Circuit.

Submitted June 6, 2003.

Decided Aug. 19, 2003.

Before BOWMAN, MELLOY, and SMITH, Circuit Judges.

PER CURIAM.

Betty R. Porter appeals the decision of the District Court [1] to grant summary judgment to the defendants in her diversity medical malpractice action after the District Court determined that Porter had failed to meet the requirements of Minn. Stat. § 145.682 (West 1998) (certification

---

1. The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota.

of expert review). Having reviewed de novo the Court's interpretation and application of § 145.682, *see Reimer v. City of Crookston*, 326 F.3d 957, 961 (8th Cir. 2003), we agree with the District Court that expert testimony was required and that a psychologist was not qualified to render expert opinions in this case. Accordingly, we affirm, *see* 8th Cir. R. 47B, and we deny Porter's motion to supplement the record.

A true copy.